UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Gregory Peatfield

     v.                            Civil No. 11-cv-00559-JL

Homan Associates, LLC, et al.

## ORDER AFTER PRELIMINARY
## PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **January 19, 2012.**

Within 60 days of the date of this order, the plaintiff will file an amended complaint.  Counsel is cautioned to plead only cognizable claims under applicable law, and with the specificity required under both the applicable substantive law and the Federal Rules of Civil Procedure.

Defendants' answer shall fully comply with the Federal Rules of Civil Procedure, and shall not raise objection or assert positions not recognized under the Federal Rules of Civil Procedure.  Further, the answer will assert only cognizable affirmative defenses supported by evidence.

The parties will file a revised Joint Discovery Plan under Rule 26, with discovery completion deadlines that precede the

summary judgement deadlines, and a summary judgment deadline at
least 120 days before the final pretrial conference.

**Summary Judgment.**  The parties and counsel are advised
that compliance with Rule 56(e) and Local Rule 7.2(b), regarding
evidentiary support for factual assertions, and specification and
delineation of material issues of disputed fact, will be
required.

**Discovery disputes.**  Discovery disputes will be handled by
the undersigned judge, as opposed to the Magistrate Judge, in the
normal course.  No motion to compel is necessary.  The party or
counsel seeking discovery-related relief should confer with
adverse counsel to choose mutually available dates, and then
contact the Deputy Clerk to schedule a conference call with the
court.  The court will inform counsel and parties what written
materials, if any, should be submitted in advance of the
conference call.

Customary motions to compel discovery, while disfavored by
the undersigned judge, are nonetheless permissible.  If counsel
prefer traditional discovery litigation to the conference call
procedure set forth above, any such motion to compel should
expressly request, in the title of the motion, a referral to the
United States Magistrate Judge.  Such referral requests will

2

normally be granted.  If the Magistrate Judge is recused, alternate arrangements will be made.

    **SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: January 19, 2012

cc:  Shenanne Ruth Tucker, Esq.
     Gregory A. Ramsey, Esq.